

FILED

06/17/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0017

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 21-0017

_____

IN RE THE MARRIAGE OF:

CHRISTINA M. STEVENS,

    Petitioner and Appellee,

and

ROBERT A. STEVENS,

    Respondent and Appellant.

_____

FILED

JUN 17 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including July 22, 2021, within which to prepare, file, and serve Appellant's opening brief on appeal.

DATED this 17 day of June, 2021.

For the Court,

By _____

Chief Justice